# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ALLEN C. EVANS                                                                                         PLAINTIFF

V.                                       NO: 3:05CV00237 JLH/HDY

STEVE MEDCALF, *et al.*                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, Judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment would not be taken in good faith.

DATED this 29th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE